Certificate Number: 06531-TXN-DE-031825602

Bankruptcy Case Number: 18-42812



06531-TXN-DE-031825602

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on October 29, 2018, at 3:35 o'clock AM CDT, Thomas Mundell completed a course on personal financial management given by internet by Allen Credit and Debt Counseling Agency, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Northern District of Texas.

Date:   October 29, 2018

By:   /s/Melissa Zahradnicek

Name:   Melissa Zahradnicek

Title:   Certified Credit Counselor