Certificate Number: 06531-TXN-DE-031825603

Bankruptcy Case Number: 18-42812



06531-TXN-DE-031825603

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>October 29, 2018</u>, at <u>3:36</u> o'clock <u>AM CDT</u>, <u>Timothy Mundell</u> completed a course on personal financial management given <u>by internet</u> by <u>Allen Credit and Debt Counseling Agency</u>, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the <u>Northern District of Texas</u>.

Date: <u>October 29, 2018</u>   By: <u>/s/Melissa Zahradnicek</u>

Name: <u>Melissa Zahradnicek</u>

Title: <u>Certified Credit Counselor</u>