BTXN 112 (rev. 10/02)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

In Re: §
Thomas James Mundell § Case No.: 18–42812–rfn7
Timmy Alan Mundell § Chapter No.: 7
Debtor(s) §

# ORDER APPROVING TRUSTEE REPORT AND DISCHARGING TRUSTEE

The Trustee appointed in the above listed case has filed the Trustee's Report. It is, therefore

**ORDERED** that the trustee be discharged.

DATED: 11/16/18          FOR THE COURT:
                         Jed G. Weintraub, Clerk of Court

                         by: /s/Sheree Longoria, Deputy Clerk