**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Thomas James Mundell** | Social Security number or ITIN **xxx–xx–9435** |
| | First Name   Middle Name   Last Name | EIN **81–4428521** |
| Debtor 2 | **Timmy Alan Mundell** | Social Security number or ITIN **xxx–xx–0303** |
| (Spouse, if filing) | First Name   Middle Name   Last Name | EIN **45–4429931** |
| United States Bankruptcy Court   **Northern District of Texas** | | |
| Case number:   **18–42812–rfn7** | | |

# Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Thomas James Mundell
dba T2 Wellness, LLC, fka Terry James Franks

Timmy Alan Mundell
dba EcoSpa Enterprises, LLC, fka Timothy Alan Patterson

11/15/18

**By the court:** Russell F. Nelms
United States Bankruptcy Judge

## Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

### Creditors cannot collect discharged debts

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

### Most debts are discharged

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support
 obligations;

♦ debts for most student loans;

♦ debts for most taxes;

♦ debts that the bankruptcy court has
 decided or will decide are not discharged
 in this bankruptcy case;

♦ debts for most fines, penalties,
 forfeitures, or criminal restitution
 obligations;

♦ some debts which the debtors did not
 properly list;

♦ debts for certain types of loans owed to
 pension, profit sharing, stock bonus, or
 retirement plans; and

♦ debts for death or personal injury caused
 by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation
agreement are not discharged.

In addition, this discharge does not stop
creditors from collecting from anyone else who is
also liable on the debt, such as an insurance
company or a person who cosigned or
guaranteed a loan.

---

**This information is only a general summary
of the bankruptcy discharge; some
exceptions exist. Because the law is
complicated, you should consult an
attorney to determine the exact effect of the
discharge in this case.**

---

United States Bankruptcy Court
Northern District of Texas

In re:                                                                  Case No. 18-42812-rfn
Thomas James Mundell                                                    Chapter 7
Timmy Alan Mundell
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0539-4         User: admin          Page 1 of 2          Date Rcvd: Nov 16, 2018
                            Form ID: 318          Total Noticed: 30


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 18, 2018.
```
db/jdb        +Thomas James Mundell,   Timmy Alan Mundell,   1312 Shirley Way,   Bedford, TX 76022-6734
cr            +Lakeview Loan Servicing, LLC,   c/o BDFTE, LLP,   4004 Belt Line Rd Ste. 100,
                Addison, TX 75001-4320
18293111      +Conn Appliances, Inc.,   c/o Becket and Lee LLP,   PO Box 3002,   Malvern PA 19355-0702
18202926      +EcoSpa Enterprises, LLC,   4447 N Central Expy #115,   Dallas, TX 75205-4246
18202928      +Franklin Collection Service, Inc.,   Attn: Bankruptcy,   Po Box 3910,   Tupelo, MS 38803-3910
18202930      +LoanCare, LLC,   3637 Sentara Way,   Virginia Beach, VA 23452-4262
18202932      +Mercantile Adjustment Bureau,   Attn: Bankruptcy,   165 Lawrence Bell Dr Ste 100,
                Williamsville, NY 14221-7900
18202934      +MidAmerica Bank & Trust Company,   Attn: Bankruptcy,   Po Box 400,   Dixon, MO 65459-0400
18202936      +MyBusinessLoan.com, LLC d/b/a DealStruck,   c/o Jay Dushkin,
                4615 Southwest Freeway, Suite 600,   Houston, TX 77027-7142
18202937      +PMT Partners IX Ltd. c/o John Fraser,   2500 Dallas Parkway, Suite 600,   Plano, TX 75093-4820
18202939      +South Shore Bank,   Attn: Bankruptcy,   Po Box 151,   Weymouth, MA 02188-0904

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr            +EDI: FAHAURZADA.COM Nov 17 2018 03:38:00   Areya Holder,   Law Office of Areya Holder, P.C.,
                901 Main Street, Suite 5320,   Dallas, TX 75202-3700
cr            +EDI: GMACFS.COM Nov 17 2018 03:38:00   Ally Financial,   P.O. Box 130424,
                Roseville, MN 55113-0004
cr            +EDI: RMSC.COM Nov 17 2018 03:38:00   Synchrony Bank,   c/o PRA Receivables Management, LLC,
                PO Box 41021,   Norfolk, VA 23541-1021
18202919      +E-mail/Text: bankruptcy@rentacenter.com Nov 16 2018 23:05:02   Acceptance Now,
                Attn: Acceptancenow Customer Service / B,   5501 Headquarters Dr,   Plano, TX 75024-5837
18202920      +EDI: GMACFS.COM Nov 17 2018 03:38:00   Ally Financial,   Attn: Bankruptcy Dept,
                P.O. Box 380901,   Minneapolis, MN 55438-0901
18202921      +EDI: CAPITALONE.COM Nov 17 2018 03:38:00   Capital One,   Attn: Bankruptcy,   Po Box 30285,
                Salt Lake City, UT 84130-0285
18202922      +EDI: CHASE.COM Nov 17 2018 03:38:00   Chase Card Services,   Correspondence Dept,
                Po Box 15298,   Wilmington, DE 19850-5298
18202923      +EDI: BLCONNS Nov 17 2018 03:39:00   Conns Credit Corp,   3295 College St,
                Beaumont, TX 77701-4611
18202924      +EDI: RCSFNBMARIN.COM Nov 17 2018 03:38:00   Credit One Bank,   Attn: Bankruptcy,
                Po Box 98873,   Las Vegas, NV 89193-8873
18202925      +EDI: DISCOVER.COM Nov 17 2018 03:38:00   Discover Financial,   Po Box 3025,
                New Albany, OH 43054-3025
18202929       EDI: IRS.COM Nov 17 2018 03:38:00   Internal Revenue Service,   Ogden, UT 84201
18202931      +EDI: RESURGENT.COM Nov 17 2018 03:38:00   LVNV Funding/Resurgent Capital,   Po Box 10497,
                Greenville, SC 29603-0497
18202933      +EDI: MERRICKBANK.COM Nov 17 2018 03:38:00   Merrick Bank/CardWorks,   Attn: Bankruptcy,
                Po Box 9201,   Old Bethpage, NY 11804-9001
18202935      +EDI: MID8.COM Nov 17 2018 03:38:00   Midland Funding,   2365 Northside Dr Ste 300,
                San Diego, CA 92108-2709
18203909      +EDI: PRA.COM Nov 17 2018 03:38:00   PRA Receivables Management, LLC,   PO Box 41021,
                Norfolk, VA 23541-1021
18202938      +EDI: PRA.COM Nov 17 2018 03:38:00   Portfolio Recovery,   Po Box 41021,
                Norfolk, VA 23541-1021
18202940      +EDI: RMSC.COM Nov 17 2018 03:38:00   Synchrony Bank/Amazon,   Attn: Bankruptcy Dept,
                Po Box 965060,   Orlando, FL 32896-5060
18202941      +EDI: RMSC.COM Nov 17 2018 03:38:00   Synchrony Bank/Sams,   Attn: Bankruptcy,   Po Box 965060,
                Orlando, FL 32896-5060
18202942       EDI: WFFC.COM Nov 17 2018 03:38:00   Wells Fargo Bank,   Attn: Bankruptcy Dept,   Po Box 6429,
                Greenville, SC 29606
                                                                                      TOTAL: 19

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*           +Conn Appliances, Inc.,   c/o Becket and Lee LLP,   PO Box 3002,   Malvern, PA 19355-0702
18202927*     +EcoSpa Enterprises, LLC,   4447 N Central Expy #115,   Dallas, TX 75205-4246
                                                                        TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0539-4        User: admin            Page 2 of 2            Date Rcvd: Nov 16, 2018
                           Form ID: 318            Total Noticed: 30
```

**\*\*\*\*\* BYPASSED RECIPIENTS (continued) \*\*\*\*\***

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 18, 2018                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 15, 2018 at the address(es) listed below:
          Abbey U. Dreher   on behalf of Creditor    Lakeview Loan Servicing, LLC ndecf@BDFGROUP.com,
           marshak@bdfgroup.com
          Areya  Holder   trustee@holderlawpc.com,  aha@trustesolutions.net
          United States Trustee   ustpregion06.da.ecf@usdoj.gov
          William Paul Kennedy   on behalf of Debtor Thomas James Mundell bill@billkennedylaw.com,
           jballard@billkennedylaw.com
          William Paul Kennedy   on behalf of Joint Debtor Timmy Alan Mundell bill@billkennedylaw.com,
           jballard@billkennedylaw.com
                                                                        TOTAL: 5
```